LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

December 15, 2023

**Via ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  **RE:** **United States v. Lamar Williams**
     **Case No.: 1:22-cr-00600-NRB**

Dear Judge Buchwald:

  I, together with Attorney Natali Todd, have been appointed to represent Mr. Lamar Williams in the above matter before the Court. Following the Court's recent ruling on the motions filed by the defendant, the Court set the above matter down for a status conference on January 9, 2023, at 11:00 a.m.

  Unfortunately, I am scheduled to begin trial before the Honorable Kari A. Dooley, United States District Judge in the District of Connecticut in a matter entitled U.S. v. Malik Bayon, et al, DN 3:21-cr-156 (KAD). The Bayon matter, a multi-defendant racketeering/murder trial, begins jury selection on January 3, 2024 and is expected to last between 4 to 5 weeks. As a result, I will not be available to appear before the Court before the second full week of February 2024. I respectfully request that the Court adjourn the status conference to date on or after February 15, 2024, to a time convenient to the Court.

  Thank you for your consideration.

             Respectfully submitted,

             */s/ Bruce D. Koffsky*

BDK/me

cc: All Counsel of Record via ECF

---

The conference is adjourned until February 27, 2024, at 11:00 a.m. Speedy trial time excluded, 18 USC § 3161(h)(7)(A).

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: December 18, 2023
   New York, New York