

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2025

**BY EMAIL**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***United States v. Lamar Williams,* 22 Cr. 600**

Dear Judge Buchwald:

        The parties are currently in discussions over a potential plea offer. Because these discussions are ongoing, and the case will be transferred in the event of trial, the parties respectfully request that the Court adjourn the March 10, 2025 trial date and exclude time until June 2, 2025. The parties request that the Court exclude time under the Speedy Trial Act so that the parties can continue plea negotiations and prepare for trial before another judge if necessary. Defense counsel has no objection to the adjournment or the exclusion of time.

Respectfully submitted,

Application granted.  The March 10,
2025 trial date is adjourned until
June 2, 2025.  The Court excludes
time under the Speedy Trial Act
until June 2, 2025.  See 18 U.S.C. §
3161(h)(7)(A).

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

SO ORDERED.

By: _____/s/ Mathew Andrews_____
      Mathew Andrews
      Timothy Ly
      Dominic Gentile
      Assistant United States Attorneys
      (212) 637-6526

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: January 28, 2025
      New York, New York