## LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

April 3, 2025

Via ECF

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  **United States v. Lamar Williams**
     **Case No.: 1:22-cr-00600-NRB**

Dear Judge Buchwald:

At the request of my client, I am submitting this letter application as a motion to be relieved as Mr. Williams' counsel.

It appears that communication between the undersigned and Mr. Williams has broken down irretrievably and Mr. Williams no longer wants me to take any actions on his behalf. The defendant has requested that I make further application to the Court for successor counsel be appointed so that he can be adequately represented in this murder prosecution. Attorney Natali Todd remains counsel to the defendant.

Accordingly, I respectfully request that I be permitted to file a withdraw of appearance and that new counsel be appointed for the defendant in my stead.

Thank you for your consideration.

Respectfully submitted,

/s/ *Bruce D. Koffsky*

BDK/me

cc:   All Counsel of Record via ECF

---

**ENDORSEMENT**

Application granted. Bruce D. Koffsky is relieved and Thomas Ambrosio is appointed as Associate Counsel in his stead.

So Ordered.

Naomi Reice Buchwald, USDJ
April 8, 2025