UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                                            **ORDER**

                  -against-

                                                            22 Cr. 600 (NRB)

LAMAR WILLIAMS,

                                                        Defendant.

---------------------------------------------------------------- x

        Upon the application of defendant, LAMAR WILLIAMS, through his counsel Natali J.H. Todd, Esq., and upon all proceedings previously herein, it is apparent that defendant LAMAR WILLIAMS, is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

        ORDERED that pursuant to the Criminal Justice Act, 18 U.S.C. 3006(A), that Thomas Ambrosio, Esq., is appointed in the above-captioned action as Associate Counsel, to assist in the representation of defendant, LAMAR WILLIAMS at the current CJA rate.

Dated:    New York, New York
             April 8, 2025

                                                THE HONORABLE NAOMI REICE BUCHWALD
                                                United States District Judge
                                                Southern District of New York