UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>LAMAR WILLIAMS,<br><br>                    Defendants. | 22-CR-600 (LAP)<br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a pretrial conference on May 14, 2025 at 11:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    New York, New York
            May 7, 2025

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge