UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America,          :
                                   :
                                   :
                    Plaintiff(s),  :    22 CR 600 (LAP)
                                   :
                                   :    SCHEDULING ORDER
         -against-                 :
                                   :
Lamar Williams,                    :
                                   :
                    Defendant(s).  :
                                   :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that the final pretrial conference scheduled for January 20, 2026 at 10:00 am is adjourned to January 28, 2026 at 10:30 am.

SO ORDERED.

_____
Loretta A. Preska, Senior U.S.D.J.

Dated:    December 9, 2025
          New York, New York