UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

    -v.-

LAMAR WILLIAMS,

        Defendant.

_____

ORDER

22 Cr. 600 (LAP)

Upon the application of Natali Todd, and Thomas Ambrosio, attorneys for Lamar Williams:

IT IS HEREBY ORDERED that the defendant Lamar Williams (USMS No. 31874-510), will be permitted to receive non-prison clothing at MDC Brooklyn to wear for his trial scheduled to begin on February 2, 2026. He is permitted to have the following to wear to Court:

1 Blazer
5 Shirts
4 Sweaters
2 Pairs of pants
3 Ties
1 Belt
5 Pairs of socks
1 Pair of shoes

Dated: January 21, 2026

_____
HON. LORETTA A. PRESKA
United States District Judge
Southern District of New York