UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                     Plaintiff,                22-CR-600 (LAP)

-against-

LAMAR WILLIAMS,                        ORDER

                    Defendant.

LORETTA A. PRESKA, Senior United States District Judge:

Defendant's letter motion for disclosure (Dkt. 83) is DENIED. The Court agrees that the redacted information is neither exculpatory nor material to Williams's guilt or punishment. In addition, the Government represents that it does not intend to use the information against Williams in further proceedings.

Finally, the Court finds that sealing remains warranted in view of the extraordinary threats to witnesses in this case. Publication of these materials would no doubt pose a "danger of impairing law enforcement or judicial efficiency." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006).

The Clerk of Court shall close Dkt. 83.

**SO ORDERED.**

Dated:   New York, New York
         March 3, 2026

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge