LAW OFFICES OF

### KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

March 10, 2026

**Via ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **RE:    United States v. Lamar Williams**
          **Case No.: 1:22-cr-00600-NRB**

Dear Judge Preska:

On or about December 9, 2022, I was appointed learned counsel pursuant to the Criminal Justice Act to represent Lamar Williams in the above-referenced matter. On or about April 8, 2025, Attorney Thomas Ambrosio was appointed as replacement associate counsel for Mr. Williams.

Therefore, undersigned respectfully moves to withdraw his appearance on behalf of Mr. Williams, who is ably represented by Attorneys Natali Todd and Thomas Ambrosio.

Sincerely,

/s/ Bruce D. Koffsky

BDK/dgb

cc: All Counsel of Record via ECF

Counsel's request to withdraw is GRANTED.

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

March 10, 2026