

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 28, 2026

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>        Re:    *United States v. Lamar Williams*, 22 Cr. 600 (LAP)

Dear Judge Preska:

The Government writes respectfully to request that the Court adjourn the sentencing of Lamar Williams, a/k/a "Black," a/k/a "Little Black," a/k/a "Chase Money Marz," which is currently scheduled for May 19, 2026, at 11:00 a.m., by approximately thirty days. The Government is requesting this brief adjournment because the family of the victim, Rasheed Barton, who have the right to be heard at sentencing, *see* 18 U.S.C. § 3771(a)(4), have a scheduling conflict on May 19.

The defendant, through counsel, consents to this request. Defense counsel is unavailable on June 9, June 12, and June 26.

The sentencing is adjourned to June 29, 2026 at
12:00 PM.

SO ORDERED.

_____
Loretta A. Preska
United States District Judge

April 28, 2026

April 28, 2026
Page 2 of 2

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  ___/s/_____
     Ryan W. Allison
     Patrick Moroney
     Assistant United States Attorneys
     Southern District of New York
     (212) 637-2474 / -2330

cc:    Counsel of Record (by ECF)