UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 22-CR-600 (LAP) |
| -against- | |
| LAMAR WILLIAMS, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

Mr. Williams' sentencing is adjourned to July 6, 2026 at 10:00 AM in Courtroom 12A.

The Clerk of Court shall close Dkt. 106.

**SO ORDERED.**

Dated:    New York, New York
          June 8, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge